UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL GRAVES,

    Plaintiff,

    v.

SUPERVISING DEPUTY, INYO COUNTY PUBLIC DEFENDER,

    Defendant.

Case No. 15-cv-00875-VC (PR)

**ORDER OF TRANSFER**

    Michael Graves is a civil detainee at Coalinga State Hospital ("Coalinga") proceeding *pro se*. Graves is detained pursuant to California's Sexually Violent Predator Act and has initiated an action under 42 U.S.C. § 1983, complaining about his commitment and confinement at Coalinga. Defendant is the Inyo County Public Defender, who resides in Inyo County, which is within the venue of the United States District Court for the Eastern District of California. Venue for this case, therefore, lies in the Eastern District. *See* 28 U.S.C. § 1391.

    Accordingly, this case is transferred to the United States District Court for the Eastern District of California. *See* 28 U.S.C. §§ 1404(a); 1406(a). In light of this transfer, the pending motions (dkt. nos. 3 and 4) are deferred to the Eastern District.

    The Clerk shall transfer this matter immediately.

    **IT IS SO ORDERED**.

Dated: April 9, 2015

_____
VINCE CHHABRIA
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL GRAVES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUPERVISING DEPUTY, INYO COUNTY PUBLIC DEFENDER,<br><br>　　　　Defendant. | Case No. 15-cv-00875-VC<br><br>**CERTIFICATE OF SERVICE** |

　　　I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

　　　That on 4/9/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael Graves ID: 1521-4
Coalinga State Hospital
P.O. Box 5003
Coalinga, CA 93210-5003


Dated: 4/9/2015


　　　　　　　　　　　　　　　　　　　　Richard W. Wieking
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　　By:___*Kristen Melen*_____
　　　　　　　　　　　　　　　　　　　　Kristen Melen, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable VINCE CHHABRIA